**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| LAWYERS FUNDING GROUP, LLC | : | No. 562 EAL 2018 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| JOHN MARTUCCI, JR., ESQUIRE & | : | |
| MARTUCCI LAW OFFICES, LLC & | : | |
| STEVEN F. MARINO, ESQUIRE & | : | |
| MARINO & ASSOCIATES, PC | : | |
| | : | |
| | : | |
| PETITION OF: JOHN MARTUCCI, JR., | : | |
| ESQUIRE & MARTUCCI LAW OFFICES, | : | |
| LLC | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 23rd day of April, 2019, the Petition for Allowance of Appeal is

**DENIED**.


Justice Dougherty did not participate in the consideration or decision of this matter.